# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Paul Freeman**                                      **Docket No. 7:20-CR-97-1M**

### Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Paul Freeman, who, upon an earlier plea of guilty to Possession of a Firearm in the Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and 924(c)(l)(A)(i), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 20, 2021, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Paul Freeman was released from custody on December 4, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported he is interested in completing Moral Recognition Therapy. This is a cognitive behavioral treatment program that has a goal of reducing recidivism by addressing moral reasoning and encouraging better decision making. Therefore, the probation officer respectfully recommends the conditions of supervised release be modified to include completion of a cognitive behavioral program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ David W. Leake                              /s/ Korey A. Cross
David W. Leake                                  Korey A. Cross
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                2 Princess Street, Suite 308
                                                Wilmington, NC 28401-4290
                                                Phone: 910-679-2051
                                                Executed On: December 3, 2025

Paul Freeman
Docket No. 7:20-CR-97-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _4th_ day of _December_, 2025, and ordered filed and made a part of the records in the above case.

_Richard E. Myers II_

Richard E. Myers II
Chief United States District Judge